Lena Orkoff, an Infant, etc., Appellant, v. Jacob Tim, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Laughlin and Dowling, JJ., dissented.

The People of the State of New York ex rel. John F. Stanton, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.—Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

William C. Stemmerman, Respondent, v. William Kelly, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Joseph A. Didier, Appellant, v. Frank C. Clark, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Marion C. Schaffer, Respondent, v. Charles A. Miller, Doing Business under the Trade Name and Style of Eclipse Box and Lumber Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.; Dowling, J., dissented.

A. Sanford Adler, Respondent, v. Charles S. Furst, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Mary E. Schiffer, as Administratrix, etc., Appellant, v. New York Yacht, Launch and Engine Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The State Bank, Appellant, v. Jacob Jacobowitz and Others, Defendants. Archibald H. Whan, as Receiver, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

John Alvin Young, Respondent, v. Archibald S. White, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Kraus-Baum Company, Respondent, v. Moses Housman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.